UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DONNA GIANVITO, et al.,            :    06 Civ. 2766 (JBW)

         Plaintiffs,        :    **STIPULATION DISCONTINUING ACTION AGAINST ABBOTT**

   - against -             :    **LABORATORIES WITH PREJUDICE**

THE ABBOTT LABORATORIES, et al.,   :

         Defendants.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for plaintiffs and defendant Abbott Laboratories ("Abbott") in the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of this action, the above-entitled action be, and the same hereby is discontinued with prejudice as against Abbott without costs to any party hereto as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: New York, New York
        July 10, 2006

| LAW OFFICES OF SYBIL SHAINWALD | PATTERSON BELKNAP WEBB & TYLER LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Sybil Shainwald (SS-1554) | Robert D. Wilson, Jr. (RDW-4357) |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| 111 Broadway, 4th Floor | Abbott Laboratories |
| New York, New York 10006 | 1133 Avenue of the Americas |
| Telephone: (212) 425-5566 | New York, New York 10036 |
| | Telephone: (212) 336-2000 |

SO ORDERED:

_____
HON. JACK B. WEINSTEIN

1290605v1